SCWC-13-0001782

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MATTHEW A. STEINGREBE,
Respondent/Plaintiff-Appellee,

vs.

PAULA K. STEINGREBE,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0001782 & CAAP-13-0003276; FC-D NO. 11-1-7050)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Paula K. Steingrebe's

Application for Writ of Certiorari, filed on July 21, 2014, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, August 28, 2014.

Paula K. Steingrebe                    /s/ Mark E. Recktenwald
pro se
                                       /s/ Paula A. Nakayama

                                       /s/ Sabrina S. McKenna

                                       /s/ Richard W. Pollack

                                       /s/ Michael D. Wilson

